ANDREW P. GORDON, Nevada Bar No. 3421
MCDONALD CARANO & WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
agordon@mcdonaldcarano.com
HOWARD CHEN (admitted *pro hac vice*)
HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
ALEXANDRA P. SUMMER (admitted *pro hac vice*)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
howard.chen@klgates.com
harold.davis@klgates.com
alexa.summer@klgates.com
Phone: (415) 882-8200
Fax:     (415) 882-8220

Attorneys for Defendant
KABO TOOL COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KABO TOOL COMPANY; JOHN DOE ENTITIES I-X; AND JOHN DOES XI-XX, <br><br> Defendants. | Case No.: 2:11-CV-01856-RCJ-(GWF) <br><br> **DEFENDANT KABO TOOL COMPANY'S NOTICE TO WITHDRAW COUNSEL** <br><br> **(Alexandra P. Summer)** |

Defendant Kabo Tool Company ("Kabo") hereby gives notice that Alexandra P. Summer of the K&L Gates LLP law firm, hereby withdraws as counsel of record for Kabo in this case. The

/ / /

/ / /

/ / /

/ / /

-1-

other lawyers from the K&L Gates LLP and McDonald Carano Wilson law firms will remain as counsel of record.

RESPECTFULLY SUBMITTED this 14th day of August, 2012.

        McDONALD CARANO WILSON LLP

By: */s/ Andrew P. Gordon*
    ANDREW P. GORDON (# 3421)
    McDONALD CARANO & WILSON LLP
    2300 West Sahara Avenue, Suite 1000
    Las Vegas, NV  89102

    HOWARD CHEN (admitted *pro hac vice*)
    HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
    ALEXANDRA P. SUMMER (admitted *pro hac vice*)
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111

    Attorneys for Defendant
    KABO TOOL COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employee of McDonald Carano Wilson LLP, and that on this 14th day of August, 2012, I caused a true and correct copy of the foregoing **DEFENDANT KABO TOOL COMPANY'S NOTICE TO WITHDRAW COUNSEL (Alexandra P. Summer)** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case.

*/s/ Cathy Stuchell*
An Employee of McDonald Carano Wilson LLP

-3-