1  ANDREW P. GORDON, Nevada Bar No. 3421
   MCDONALD CARANO & WILSON LLP
2  2300 West Sahara Avenue, Suite 1000
3  Las Vegas, NV 89102
   Telephone: 702.873.4100
4  Facsimile: 702.873.9966
   agordon@mcdonaldcarano.com
5
   HOWARD CHEN (admitted *pro hac vice*)
6  HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
   JAS DHILLON (admitted *pro hac vice*)
7  K&L GATES LLP
8  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
9  howard.chen@klgates.com
   harold.davis@klgates.com
10 jas.dhillon@klgates.com
   Phone: (415) 882-8200
11 Fax:   (415) 882-8220
12
   Attorneys for Defendant
13 KABO TOOL COMPANY

14                         **UNITED STATES DISTRICT COURT**
15                              **DISTRICT OF NEVADA**
16

17 | JS PRODUCTS, INC.,                          | Case No. 2:11-CV-01856-RCJ-(GWF)
18 |                                             |
   |                          Plaintiff,         | [PROPOSED] **ORDER GRANTING**
19 |                                             | **DEFENDANT'S MOTION FOR LEAVE TO**
   |      v.                                     | **FILE EXHIBITS UNDER SEAL**
20 |                                             |
21 | KABO TOOL COMPANY; JOHN DOE                 |
   | ENTITIES I-X; AND JOHN DOES XI-XX,          |
22 |                                             |
   |                          Defendants.        |

23
24
25
26
27
28

After consideration of Defendant Kabo Tool Company's ("Defendant") request to file under seal the deposition transcripts of Gregory Ross and James Moore, attached as Exhibits 1 and 2 to Jas Dhillon's Declaration in support of Defendant's Supplemental Briefing regarding Plaintiff JS Product, Inc.'s ("Plaintiff") Motion to Remove Defendant Kabo Tool Company's Confidential Attorneys Eyes Only Designation,

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

1. Defendant's Supplemental Briefing regarding Plaintiff JS Product, Inc.'s ("Plaintiff") Motion to Remove Defendant Kabo Tool Company's Confidential Attorneys Eyes Only Designation which has been designated as Confidential – Attorney's Eyes Only;

2. Exhibit 1 to Declaration of Jas Dhillon in support of Supplemental Briefing. This exhibit is a true and correct copy of Gregory Ross's deposition transcript which has been designated as Confidential – Attorney's Eyes Only; and,

3. Exhibit 2 to Declaration of Jas Dhillon in support of Supplemental Briefing. This exhibit is a true and correct copy of James Moore's deposition transcript which has been designated as Confidential – Attorney's Eyes Only.

Dated: January 25, 2013     _____
                            Magistrate Judge George Foley, Jr.