JOSEPHINE BINETTI MCPEAK, Nevada Bar No. 7994
MCDONALD CARANO & WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jmcpeak@mcdonaldcarano.com

HOWARD CHEN (admitted *pro hac vice*)
HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
JAS DHILLON (admitted *pro hac vice*)
ROSEANNA M. CASTILLO (admitted *pro hac vice*)
JASON N. HAYCOCK (admitted *pro hac vice*)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
howard.chen@klgates.com
harold.davis@klgates.com
jas.dhillon@klgates.com
roseanna.castillo@klgates.com
jason.haycock@klgates.com
Phone: (415) 882-8200
Fax:    (415) 882-8220

Attorneys for Defendant
KABO TOOL COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC.,<br><br>                   Plaintiff,<br><br>    v.<br><br>KABO TOOL COMPANY; JOHN DOE ENTITIES I-X; AND JOHN DOES XI-XX,<br><br>                   Defendants. | Case No. 2:11-CV-01856-RCJ-(GWF)<br><br>**ORDER GRANTING KABO TOOL COMPANY'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

After consideration of Defendant Kabo Tool Company's ("Kabo") request to file under seal Exhibits A, B, and D, attached to the Declaration of Jas Dhillon in Support of Kabo Tool Company's Response in Opposition to JS Product, Inc.'s Motion to Quash Subpoena Served on Sears Holding Company,

IT IS HEREBY ORDERED that the following Exhibits shall be filed under seal:

I. Exhibit A to the Dhillon Declaration. This exhibit is a true and correct copy of relevant portions of Timothy Michel's deposition transcript, which has been designated as Confidential – Attorneys Eyes Only, and;

II. Exhibit B to the Dhillon Declaration. This exhibit is a true and correct copy of relevant portions of Gregory Ross's deposition transcript, which has been designated as Confidential – Attorneys Eyes Only, and,

III. Exhibit D to the Dhillon Declaration. This exhibit is a true and correct copy of relevant portions of a document produced by JSP, which has been designated as Confidential – Attorneys Eyes Only.

Dated: April 2, 2013

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MCDONALD CARANO & WILSON LLP

By: _____
JOSEPHINE BINETTI MCPEAK (# 7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jmcpeak@mcdonaldcarano.com

HOWARD CHEN (admitted *pro hac vice*)
HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
JAS DHILLON (admitted *pro hac vice*)
ROSEANNA M. CASTILLO (admitted *pro hac vice*)
JASON N. HAYCOCK (admitted *pro hac vice*)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
howard.chen@klgates.com
harold.davis@klgates.com
jas.dhillon@klgates.com
roseanna.castillo@klgates.com
jason.haycock@klgates.com
Phone: (415) 882-8200
Fax:    (415) 882-8220

*Attorneys for Defendant*
*KABO TOOL COMPANY*