1  JOSEPHINE BINETTI MCPEAK,
   Nevada Bar No. 7994
2  MCDONALD CARANO & WILSON LLP
   2300 West Sahara Avenue, Suite 1000
3  Las Vegas, NV 89102
   Telephone: 702.873.4100
4  Facsimile: 702.873.9966
   jmcpeak@mcdonaldcarano.com
5
   HOWARD CHEN (admitted *pro hac vice*)
6  HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
   JAS DHILLON (admitted *pro hac vice*)
7  ROSEANNA M. CASTILLO (admitted *pro hac vice*)
   JASON N. HAYCOCK (admitted *pro hac vice*)
8  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
9  San Francisco, CA 94111
   howard.chen@klgates.com
10 harold.davis@klgates.com
   jas.dhillon@klgates.com
11 roseanna.castillo@klgates.com
   jason.haycock@klgates.com
12 Phone: (415) 882-8200
   Fax:   (415) 882-8220
13
   *Attorneys for Defendant*
14 *KABO TOOL COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KABO TOOL COMPANY; JOHN DOE ENTITIES I-X; AND JOHN DOES XI-XX,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-01856-RCJ-(GWF)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL |

1 | After consideration of Defendant Kabo Tool Company's ("Defendant") request to file under seal the deposition transcript of James Moore, Exhibit A to Jas Dhillon's Declaration in Support of Defendant's Reply in Support of Defendant's Motion to Compel Production of Documents and to Compel the Continuation of Plaintiff's 30(b)(6) Deposition,

IT IS HEREBY ORDERED that the following Exhibits shall be filed under seal:

I.  Exhibit A to Jas Dhillon's Declaration in Support of Defendant's Reply in Support of Defendant's Motion to Compel. This exhibit is a true and correct copy of relevant portions of James Moore's deposition transcript which has been designated as Confidential – Attorney's Eyes Only.

Dated: April 9, 2013

_George Foley Jr._
Magistrate Judge George Foley, Jr.
United States Magistrate Judge

Submitted by:

MCDONALD CARANO & WILSON LLP

By: _[signature]_
JOSEPHINE BINETTI MCPEAK (# 7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jmcpeak@mcdonaldcarano.com

HOWARD CHEN (admitted *pro hac vice*)
HAROLD H. DAVIS, JR. (admitted *pro hac vice*)
JAS DHILLON (admitted *pro hac vice*)
ROSEANNA M. CASTILLO (admitted *pro hac vice*)
JASON N. HAYCOCK (admitted *pro hac vice*)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
howard.chen@klgates.com
harold.davis@klgates.com
jas.dhillon@klgates.com
roseanna.castillo@klgates.com
jason.haycock@klgates.com
Phone: (415) 882-8200
Fax:    (415) 882-8220

*Attorneys for Defendant*
*KABO TOOL COMPANY*