R. Scott Weide (Nevada Bar No. 5541)
sweide@weidemiller.com
Ryan Gile (Nevada Bar No. 8807)
rgile@weidemiller.com
WEIDE &MILLER, LTD.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

John B. Sganga, Jr. (admitted *pro hac vice*)
John.sganga@knobbe.com
Joshua Stowell (admitted *pro hac vice*)
Joshua.stowell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Tel. (949) 760-0404
Fax (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
JS PRODUCTS, INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC.<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>KABO TOOL COMPANY; JOHN DOE ENTITIES I-X; AND JOHN DOES XI-XX<br><br>    Defendant/Counterclaimant. | Case No. 2:11-CV-01856-RCJ-GWF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |

1. This Court, having considered Plaintiff JS Products, Inc.'s motion to file under seal an exhibit submitted with the Declaration of Ryan Gile in Support of Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Supplemental Invalidity Contentions (the "Motion"), and good cause appearing therefor, hereby GRANTS the Motion and ORDERS that the following document may be filed under seal:

    1. Exhibit 9 to the Declaration of Ryan Gile in Support of Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Supplemental Invalidity Contentions.

**IT IS SO ORDERED.**

Dated: March 13, 2014

_____
UNITED STATES DISTRICT JUDGE

-1-

Case no.  11-cv-01856 RCJ-GWF