UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JS PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KABO TOOL COMPANY, *et al.,* <br><br> Defendants. | Case No.:  2:11-CV-01856-RCJ-GWF <br><br><br> **MINUTE ORDER** <br> **April 2, 2014** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that the Unopposed Motion to Reconsider the Court's Order to Allow Previously Scheduled Expert Discovery to Occur (ECF #244) is GRANTED as follows:

1. Discovery cut-off date is April 11, 2014; and
2. Dispositive motions cut-off date is thirty (30) days after entry of the Claim Construction Order.

IT IS FURTHER ORDERED that a Claim Construction Hearing currently set for 09:00A.M. on Tuesday, April 29, 2014, in RENO COURTROOM 6, before District Judge Robert C. Jones is ADVANCED to TUESDAY, APRIL 15, 2014 @ 09:00 A.M., and if needed, WEDNESDAY, APRIL 16, 2014, in RENO COURTROOM 6, before Judge Robert C. Jones.

IT IS SO ORDERED this 2nd day of April, 2014.

                                                                                     ROBERT C. JONES
                                                                                     District Judge